# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESSE DANIEL TRUESDALE, <br><br> Plaintiff, <br><br> v. <br><br> RANDY BLADES, <br><br> Defendant. | Case No. 1:17-cv-00510-BLW <br><br> ORDER |

The Court has before it several motions by the plaintiff regarding what is essentially a request for a reduction in his sentence or to run his federal and state sentences concurrently. As explained in Judge Dale's Order, the request should be made pursuant to 28 U.S.C. § 2255. Plaintiff appears to agree with Judge Dale, and request an extension of time to file a request pursuant to 28 U.S.C. § 2255. Accordingly, the Court will grant that request, and deny the other pending motions at this point.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Motion for Credit for Time Served (Dkt. 4) is **DENIED**.
2. Plaintiff's Motion for Appointment of Counsel (dkt. 5) is **DENIED**.

3. Plaintiff's Motions for Extension of Time (Dkts. 11 and 13) are **GRANTED**. Plaintiff shall have until **September 14, 2018** to file a request pursuant to 28 U.S.C. § 2255.

4. Plaintiff's Motion for Departure (dkt. 12) is **DENIED**.

DATED: July 30, 2018

B. Lynn Winmill
Chief U.S. District Court Judge